No. 430.—WILLIAM C. LYTLE *v.* P. V. WHICHER, et al.

Payment of a promissory note cannot be judicially enforced where the consideration is shown to be the price of a sale of slaves. 19 An. 234, 309, 519.

APPEAL from the Seventh Judicial District Court, parish of West Feliciana. *McVea,* J. *Wickliffe & Packwood,* for plaintiff and appellee. *Collins & Leake,* for defendants and appellants.

HOWE, J. It appears by the record in this case that the note sued on was given in part payment for certain slaves. In accordance, therefore, with the decisions of our predecessors, which have become the settled jurisprudence of the State, the judgment from which the defendants have appealed must be set aside.

Wainwright *v.* Bridge, 19 An. 234; Austin *v.* Sandel, 19 An. 309; Halley *v.* Hoeffner, 19 An. 519.

It is therefore ordered and adjudged that the judgment appealed from be avoided and reversed, and that there be judgment in favor of defendants with costs in both courts.